**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto RODRIGUEZ, Defendant–Appellant.**

**No. 05–12675**
**Non–Argument Calendar.**
**D.C. Docket No. 04–20924–CR–ASG.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 20, 2006.

J. Rafael Rodriguez, Rodriguez & Fernandez PA, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Roberto Rodriguez, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and

Rodriguez's conviction and sentence are AFFIRMED.